IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SANCAP LTD,

    Plaintiff,

v.                                                                 No. 15-cv-0622 JCH/SMV

HARLO DYNEK DEVELOPMENT, LLC; and
TRES CRUCES CORPORATION;

    Defendants.

## ORDER FOR STATUS REPORT

THIS MATTER is before the Court on the automatic lifting of the stay of discovery on July 1, 2016.  *See* [Doc. 16].  In 2015, the Court granted the parties' joint request to stay the proceedings for the first six months of 2016 in order to give them time to sell certain real estate and to settle the case.  [Docs. 15, 16].  The stay automatically lifted on July 1, 2016.

**IT IS THEREFORE ORDERED** that, no later than **July 14, 2016**, counsel file a status report, advising the Court of the status of the real estate sale and settlement negotiations, as well as each side's position on beginning discovery.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**