IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SANCAP LTD,

    Plaintiff,

v.                                                                    No. 15-cv-0622 JCH/SMV

HARLO DYNEK DEVELOPMENT, LLC; and
TRES CRUCES CORPORATION;

    Defendants.

## ORDER TO FILE CLOSING DOCUMENTS

    The parties indicate that they have reached a settlement. [Doc. 20]. They request 30 days to finalize their agreement and submit closing documents.

    **IT IS THEREFORE ORDERED** that closing documents be filed no later than **August 15, 2016,** absent a request for an extension and a showing of good cause.

    **IT IS SO ORDERED.**

                                                                    **STEPHAN M. VIDMAR**
                                                                    **United States Magistrate Judge**