IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SANCAP LTD,

    Plaintiff,

v.                                        No. 15-cv-0622 JCH/SMV

HARLO DYNEK DEVELOPMENT, LLC; and
TRES CRUCES CORPORATION;

    Defendants.

## ORDER SETTING IN-PERSON STATUS CONFERENCE

**Date and time**:    October 13, 2016, at 10:30 a.m.

**Matter to be heard**:    the delay in filing closing documents

    An in-person status conference is hereby set for October 13, 2016, at 10:30 a.m., in the Animas Courtroom, on the third floor of the United States Courthouse at 100 North Church Street in Las Cruces, New Mexico. Counsel should be prepared to discuss the delay in filing closing documents.

    **IT IS SO ORDERED.**

                                                **STEPHAN M. VIDMAR**
                                                **United States Magistrate Judge**